UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DEMETRIUS BARNES,

                Plaintiff,                                 Case Number 24-10294

v.                                                     Honorable David M. Lawson
                                                     Magistrate Judge David R. Grand

FEDERAL GOVERNMENT and STATE
GOVERNMENT,

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT

Presently before the Court is the report issued on March 15, 2024 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the complaint *sua sponte* under the screening authority of 28 U.S.C. §§ 1915(e)(2)(B), 1915A(a).  The deadline for filing objections to the report has passed, and no objections have been filed.  The parties' failure to file objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 7) is **ADOPTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

                                               s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated:   May 15, 2024